**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7637**

---

HENRY GORHAM,

                                        Plaintiff - Appellant,

        versus

RONALD ANGELONE, Director, Virginia Department
of Corrections; EDWARD C. MORRIS, Deputy
Director, Virginia Department of Corrections;
JOHN DOE, Director, Kentucky Department of
Corrections; JOHN DOE, Warden, Kentucky
Department of Corrections; JOE DOE, Director,
District of Columbia Department of Correc-
tions; JOHN DOE, Warden, District of Columbia
Department of Corrections; ODIE WASHINGTON,
Director, Illinois Department of Corrections;
KEITH COOPER, Warden, Illinois Department of
Corrections; JOHN DOE(S), Various Corrections
Staff,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-97-919)

---

Submitted: February 26, 1998        Decided: March 19, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

Henry Gorham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, an inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Gorham v. Angelone, No. CA-97-919 (E.D. Va. Oct. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED